IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHAEL W. and WALTER W. SMITH,

        Plaintiffs,

    v.

MUTUAL OF ENUMCLAW INSURANCE COMPANY,

        Defendant.

Case No. 1:14-cv-01143-CL

**JUDGMENT**

CLARKE, Magistrate Judge.

Based on the jury verdict (#102), rendered on October 8, 2015, judgment is entered in favor of Defendant Mutual of Enumclaw Insurance Company.

It is SO ORDERED and DATED this _13_ day of October 2015.

MARK D. CLARKE
United States Magistrate Judge

Page 1 – JUDGMENT