Daniel E. Thenell, OSB No. 971655
dan@thenelllawgroup.com
Kirsten L. Curtis, OSB No. 113638
kirsten@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Ave., Suite 320
Portland, OR 97223
(503) 372-6450 – phone
(503) 372-6496 – fax
    Of Attorneys for Defendant Mutual of Enumclaw Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MICHAEL W. SMITH and WALTER W. SMITH, | Case No. 1:14-cv-01143-PA |
| Plaintiffs, | STIPULATED SUPPLEMENTAL BILL OF COSTS |
| v. | |
| MUTUAL OF ENUMCLAW INSURANCE COMPANY, a Washington corporation, | Pursuant to Fed. R. Civ. P. 54(d)(1) |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 54(d)(1), the undersigned attorneys for the above-captioned parties hereby certify conferral on the issue of Defendant Mutual of Enumclaw Insurance Company's following claims for costs and disbursements incurred in the above-captioned case, judgment having been entered on October 13, 2015, against Plaintiffs. The parties hereby stipulate the following costs and disbursements were incurred by Defendant in the above-captioned matter:

////

////

PAGE 1 – STIPULATED SUPPLEMENTAL BILL OF COSTS     821172

| | | |
|---|---|---:|
| 1. | Fees of the Clerk: Filing Fee for Petition to Allow Testimony | 46.00 |
| 2. | Fees for service: Deposition & trial subpoenas | 120.00 |
| 3. | Fees and disbursements for printing: | |
| | a. Copying & printing documents necessarily obtained for use in the case | 490.02 |
| 4. | Fees for witnesses: | |
| | a. Teddy Shepard witness fee and mileage | 80.25 |
| | b. Michael Ward witness fee and mileage | 48.05 |
| | c. Andrew Aguina witness fee and mileage | 74.50 |
| | d. California DMV | 39.00 |
| | e. U.S. Postal Service | 40.00 |
| | f. Century 21 JC Jones American Dream | 40.00 |
| | g. JP Morgan Chase | 60.00 |
| 5. | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case: | |
| | a. Fees for Court Reporter & Transcript Ward | 710.15 |
| | b. Fees for Court Reporter & Transcript Shepard | 57.75 |
| | c. Fees for Court Reporter & Transcript C. Smith on 03/11/2015 | 401.25 |
| | d. Fees for Court Reporter & Transcript C. Smith on 03/11/2015 | 179.50 |

**TOTAL: $2,386.50**

////

////

////

////

////

////

////

PAGE 2 – STIPULATED SUPPLEMENTAL BILL OF COSTS    821172

Costs are taxed in the amount of ___2386.50___ and included in the Judgment.

By: __Mary L. Moran, Clerk of Court__          By: ___[signature]___
     Clerk of Court                                     Deputy Clerk of Court

STIPULATED BY:

| THENELL LAW GROUP, P.C. | TAYLOR & TAPPER |
|---|---|
| Dated: November 10, 2015 | Dated: November 9, 2015 |

By: __s/ Daniel E. Thenell__
    Daniel E. Thenell, OSB #971655
    Email: Dan@ThenellLawGroup.com
    Kirsten L. Curtis, OSB #113638
    Email: Kirsten@ThenellLawGroup.com
    Telephone: (503) 372-6450
    Of Attorneys for Defendant Mutual of
    Enumclaw Insurance Company

By: ___/s/ Scott Taylor___
    R. Scott Taylor, OSB #747324
    Email: Scott@TaylorTapper.com
    Clinton L. Tapper, OSB #084883
    Email: Clinton@TaylorTapper.com
    Telephone: (541) 485-1511
    Of Attorneys for Plaintiffs

PAGE 3 – STIPULATED SUPPLEMENTAL BILL OF COSTS                                    821172
THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496